SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
MICHAEL M. LAUTER, Cal. Bar No. 246048
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947
mahrens@sheppardmullin.com
ssacks@sheppardmullin.com
mlauter@sheppardmullin.com

Attorneys for Appellant
LIQUIDATING TRUST COMMITTEE FOR THE DEL BIAGGIO LIQUIDATING TRUST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br><br>Debtor. | Hon. Yvonne Gonzalez Rogers<br>Dist. Ct. Case No. 4:12-cv-03918-YGR<br><br>Bankr. Ct. Case No. 08-30991 TEC 11 |
| LIQUIDATING TRUST COMMITTEE FOR THE DEL BIAGGIO LIQUIDATING TRUST,<br><br>Appellant,<br><br>v.<br><br>AEG FACILITIES, INC., *et al.*<br><br>Appellees. | [**PROPOSED**] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO SETTLEMENT |

SMRH:407250443.1                                                                                              ORDER DISMISSING APPEAL

1 | This matter is before the Court on the *Motion for Voluntary Dismissal of Appeal Pursuant to Settlement* (the "Motion") filed by the Liquidating Trust Committee of the Del Biaggio Liquidating Trust ("Appellant"), on November 21, 2012, seeking an order dismissing this appeal pursuant to Rule 8001(c)(2) of Federal Rules of Bankruptcy Procedure.

All parties having been given notice of the Motion and an opportunity to respond to the Motion, and the Court having reviewed the Motion and accompanying papers, and considered the pleadings and evidence herein, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Appellant's Motion is GRANTED.
2. The above-captioned appeal is dismissed, with each party bearing its own fees and costs incurred in connection with this appeal.
3. This Order Terminates Docket Number 10.

Dated: January 3, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE